# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| BILLY EUGENE PAYNE | ORDER ON APPLICATION |
|---|---|
| Plaintiff | TO PROCEED WITHOUT |
| V. | PREPAYMENT OF FEES |
| COMMISSIONER of SOCIAL SECURITY, Defendant | CASE NUMBER: 1:09-at-00617 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

__  DENIED, for the following reasons:

ENTER this    10th    day of    August   ,   2009   .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer